# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Gillmor, Helen | U.S. District Court | 06/27/2019 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Senior U.S. District Judge | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2018<br>to<br>12/31/2018 |

**7. Chambers or Office Address**

300 Ala Moana Blvd
Room C-400
Honolulu, Hawaii 96850

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Director | Hawaii Women's Legal Foundation |
| 2. | Director | Jon Van Dyke Institute |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 01-12/2018 | Pension from State of Hawaii 01/01/2018-12/31/2018) |
| 2. | 01-12/2018 | ▬▬▬▬▬▬▬▬▬ |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑  NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑  NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gillmor, Helen | 06/27/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. IRA # 1 Charles Schwab | | | | | | | | | |
| 2. Apple Hosp Trust | A | Dividend | K | T | Buy (add'l) | 02/06/18 | J | | |
| 3. | | | | | Buy (add'l) | 02/09/18 | J | | |
| 4. | | | | | Buy (add'l) | 03/02/18 | J | | |
| 5. | | | | | Buy (add'l) | 03/27/18 | J | | |
| 6. | | | | | Sold (part) | 06/01/18 | J | A | |
| 7. | | | | | Buy (add'l) | 10/19/18 | J | | |
| 8. | | | | | Buy (add'l) | 11/06/18 | J | | |
| 9. Apollo inv. | A | Dividend | J | T | | | | | |
| 10. Aeres Dynamic Credit | A | Dividend | J | T | | | | | |
| 11. Aeres Dynamic Credit | | None | | | Buy (add'l) | 08/23/18 | J | | |
| 12. | | | | | Buy (add'l) | 08/29/18 | J | | |
| 13. Compass Diversified | A | Dividend | J | T | | | | | |
| 14. Diana Shipping | | None | J | T | | | | | |
| 15. Eagle Point Credit | A | Dividend | J | T | Buy (add'l) | 08/22/18 | J | | |
| 16. | | | | | Buy (add'l) | 09/16/18 | J | | |
| 17. HCP Reit | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gillmor, Helen | 06/27/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Iron Mountain | A | Dividend | | | Sold | 08/20/18 | K | A | |
| 19. Industrial Logistics REIT | A | Dividend | J | T | Spinoff (from line 32) | 12/28/18 | J | | See Part VIII |
| 20. Kinder Morgan | A | Dividend | J | T | | | | | |
| 21. MercadoLibre | A | Dividend | J | T | Sold (part) | 01/08/18 | J | B | |
| 22. Microsoft | A | Dividend | J | T | | | | | |
| 23. Natus | | None | J | T | Buy (add'l) | 02/07/18 | J | | |
| 24. Patterson Companies | A | Dividend | J | T | | | | | |
| 25. Paypal Holdings | | None | J | T | | | | | |
| 26. Phillips 66 | A | Dividend | J | T | | | | | |
| 27. Plains All American | A | Dividend | J | T | | | | | |
| 28. Office Properties REIT | A | Dividend | J | T | Spinoff (from line 32) | 12/28/18 | J | | See Part VIII |
| 29. Sabra Health Care | A | Dividend | K | T | | | | | |
| 30. SPDR Gold | | None | | | Sold | 01/08/18 | J | A | |
| 31. Seventy-Seven Energy (Y) | | | | | | | | | |
| 32. Select Income REIT (See Part VIII) | A | Dividend | | | | | | | |
| 33. Square | | None | J | T | Buy (add'l) | 04/06/18 | J | | |
| 34. | | | | | Sold (part) | 06/18/18 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT

Page 6 of 18

**Name of Person Reporting**

Gillmor, Helen

**Date of Report**

06/27/2019

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. The Trade Desk | | None | J | T | Sold (part) | 03/19/18 | J | B | |
| 36. Varonis | | None | J | T | Buy (add'l) | 07/22/18 | J | | |
| 37. Wisdom Tree Financial | A | Dividend | J | T | | | | | |
| 38. Western Asset Corporate | A | Dividend | J | T | | | | | |
| 39. Baron Asset Fund | B | Distribution | K | T | | | | | |
| 40. Gabelli Asset Fund | B | Distribution | L | T | | | | | |
| 41. Janus Research Fund | B | Distribution | M | T | | | | | |
| 42. Landus Intl Fund | A | Distribution | K | T | | | | | |
| 43. Schwab Fin Svc | A | Distribution | J | T | | | | | |
| 44. Brokerage Money Market Fund | A | Distribution | J | T | | | | | |
| 45. Brokerage Account # 1, Charles Schwab | | | | | | | | | |
| 46. Money Market Fund | A | Distribution | J | T | | | | | |
| 47. Brokerage Account # 2, Charles Schwab | | | | | | | | | |
| 48. Scopia Partners | C | Distribution | N | T | | | | | |
| 49. IRA # 2, Charles Schwab | | | | | | | | | |
| 50. Abiomed | | None | J | T | | | | | |
| 51. Advent Claymore ENHCD Fund | B | Dividend | | | Sold | 11/07/18 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gillmor, Helen | 06/27/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Apollo Investment | A | Dividend | J | T | Buy (add'l) | 02/20/18 | J | | |
| 53. Arista Networks | | None | J | T | | | | | |
| 54. Atlantic Power | | None | J | T | | | | | |
| 55. Blackrock Kelso | A | Dividend | J | T | | | | | |
| 56. Cameco | A | Dividend | J | T | | | | | |
| 57. Compass Diversified | A | Dividend | J | T | | | | | |
| 58. Cronos | | None | J | T | Buy | 10/02/18 | J | | |
| 59. Eagle Point Credit | B | Dividend | J | T | | | | | |
| 60. Frontier Communications | | None | | | Sold | 09/28/18 | J | | |
| 61. Industrial Logistics REIT | A | Dividend | J | T | Spinoff (from line 69) | 12/28/18 | J | | See Part VIII |
| 62. Invesco Corp | A | Dividend | J | T | | | | | |
| 63. Iron Mountain | A | Dividend | J | T | Buy | 11/08/18 | J | | |
| 64. Ishares Silver Trust | | None | | | Sold | 10/22/18 | J | | |
| 65. Natus Medical | | None | J | T | | | | | |
| 66. Oaktree Capital | A | Dividend | | | Sold | 01/19/18 | J | | |
| 67. Office Properties REIT | A | Dividend | J | T | Spinoff (from line 69) | 12/28/18 | J | | See Part VIII |
| 68. Prospect Capital | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gillmor, Helen | 06/27/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Select Income REIT See Part VIII | A | Dividend | | | | | | | |
| 70. Stitchfix | | None | J | T | Buy | 09/12/18 | J | | |
| 71. | | | | | Buy (add'l) | 10/22/18 | J | | |
| 72. Talend | | None | J | T | | | | | |
| 73. Money Market Fund | A | Distribution | J | T | | | | | |
| 74. Brokerage Act. # 3, Charles Schwab | | | | | | | | | |
| 75. Appian Corp | | None | J | T | Buy (add'l) | 01/30/18 | J | | |
| 76. | | | | | Buy (add'l) | 04/17/18 | J | | |
| 77. | | | | | Buy (add'l) | 07/20/18 | J | | |
| 78. | | | | | Buy (add'l) | 10/11/18 | J | | |
| 79. Apple Corp | A | Dividend | K | T | | | | | |
| 80. Access National | A | Dividend | | | Buy | 01/23/18 | J | | |
| 81. | | | | | Sold | 08/24/18 | J | | |
| 82. Banco Latino Ameri | A | Dividend | J | T | Buy | 08/01/18 | J | | |
| 83. | | | | | Buy (add'l) | 10/30/18 | J | | |
| 84. Baozun Inc | | None | J | T | Buy | 06/29/18 | J | | |
| 85. | | | | | Buy (add'l) | 07/10/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Gillmor, Helen | 06/27/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Buy (add'l) | 07/19/18 | J | | |
| 87. | | | | | Buy (add'l) | 08/24/18 | J | | |
| 88. | | | | | Buy (add'l) | 09/13/18 | J | | |
| 89. | | | | | Buy (add'l) | 11/12/18 | J | | |
| 90. Bank of America | A | Dividend | J | T | | | | | |
| 91. Bank of the Internet | | None | K | T | Sold (part) | 04/23/18 | J | B | |
| 92. | | | | | Sold (part) | 07/18/18 | J | B | |
| 93. Camden National | A | Dividend | K | T | Sold (part) | 03/19/18 | J | C | |
| 94. Camping World Holding | A | Dividend | K | T | Buy (add'l) | 03/21/18 | J | | |
| 95. | | | | | Buy (add'l) | 04/03/18 | J | | |
| 96. | | | | | Buy (add'l) | 04/23/18 | J | | |
| 97. | | | | | Buy (add'l) | 05/08/18 | J | | |
| 98. | | | | | Buy (add'l) | 05/14/18 | J | | |
| 99. | | | | | Buy (add'l) | 06/13/18 | J | | |
| 100. | | | | | Buy (add'l) | 07/19/18 | J | | |
| 101. | | | | | Buy (add'l) | 09/13/18 | J | | |
| 102. | | | | | Buy (add'l) | 12/24/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Gillmor, Helen | 06/27/2019 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103.  Cognex Corp. | | None | | | Buy | 01/24/18 | J | | |
| 104. | | | | | Buy (add'l) | 02/26/18 | J | | |
| 105. | | | | | Sold | 06/18/18 | J | | |
| 106.  Celgene Corp | | None | J | T | | | | | |
| 107.  Compass Diversified | A | Dividend | J | T | | | | | |
| 108.  Control 4 Corp | | None | J | T | | | | | |
| 109.  Costco Wholesale | A | Dividend | J | T | | | | | |
| 110.  CVS/Caremark | A | Dividend | J | T | | | | | |
| 111.  Employers' Holding | A | Dividend | J | T | | | | | |
| 112.  Equity Commonwealth | | None | | | Sold | 01/23/18 | J | A | |
| 113.  Exxon Mobil | A | Dividend | J | T | | | | | |
| 114.  Farmland Partners REIT | A | Dividend | K | T | Buy (add'l) | 01/29/18 | J | | |
| 115. | | | | | Buy (add'l) | 02/01/18 | J | | |
| 116. | | | | | Buy (add'l) | 02/06/18 | J | | |
| 117. | | | | | Buy (add'l) | 02/20/18 | J | | |
| 118. | | | | | Buy (add'l) | 07/20/18 | J | | |
| 119. | | | | | Buy (add'l) | 12/24/18 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gillmor, Helen | 06/27/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Frontier Com | A | Dividend | | | Sold | 09/24/18 | J | | |
| 121. Gentex Corp | A | Dividend | | | Sold | 11/24/18 | J | | |
| 122. Hubspot | | None | J | T | Buy | 07/03/18 | J | | |
| 123. II-VI, Inc. | | None | J | T | Buy | 01/22/18 | J | | |
| 124. | | | | | Buy (add'l) | 02/25/18 | J | | |
| 125. IRobot | | None | K | T | | | | | |
| 126. Industrial Logistics REIT | A | Dividend | J | T | Buy | 04/02/18 | J | | |
| 127. | | | | | Buy (add'l) | 04/19/18 | J | | |
| 128. | | | | | Spinoff (from line 153) | 12/28/18 | J | | See Part VIII |
| 129. Kinder Morgan | A | Dividend | J | T | | | | | |
| 130. LGI Homes, Inc | | None | J | T | Buy (add'l) | 09/17/18 | J | | |
| 131. Lumenton Holdings | | None | J | T | | | | | |
| 132. Mongo Data Base Inc. | | None | J | T | Buy | 03/23/18 | J | | |
| 133. | | | | | Buy (add'l) | 04/06/18 | J | | |
| 134. | | | | | Buy (add'l) | 06/17/18 | J | | |
| 135. | | | | | Buy (add'l) | 10/15/18 | J | | |
| 136. New Rellc, Inc. | | None | J | T | Buy | 06/10/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. NIC Inc | A | Dividend | J | T | Buy (add'l) | 02/01/18 | J | | |
| 138. | | | | | Buy (add'l) | 09/19/18 | J | | |
| 139. | | | | | Buy (add'l) | 11/12/18 | J | | |
| 140. | | | | | Buy (add'l) | 12/24/18 | J | | |
| 141. NV5 Global Inc. | | None | J | T | Buy | 01/30/18 | J | | |
| 142. Oaktree Capital | A | Dividend | J | T | Buy (add'l) | 02/09/18 | J | | |
| 143. | | | | | Buy (add'l) | 03/21/18 | J | | |
| 144. | | | | | Buy (add'l) | 04/05/18 | J | | |
| 145. Office Properties REIT | A | Dividend | J | T | Spinoff (from line 153) | 12/28/18 | J | | See Part VIII |
| 146. Pega Systems, Inc. | | None | J | T | Buy | 01/30/18 | J | | |
| 147. Paycom Software Inc | | None | J | T | | | | | |
| 148. Paypal Holdings | | None | J | T | | | | | |
| 149. Proctor & Gamble | A | Dividend | J | T | | | | | |
| 150. QTWO Holdings, Inc. | | None | J | T | Buy | 02/07/18 | J | | |
| 151. | | | | | Buy (add'l) | 02/27/18 | J | | |
| 152. | | | | | Buy (add'l) | 10/10/18 | J | | |
| 153. Select Income Realty | A | Dividend | | | Buy | 02/01/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gillmor, Helen | 06/27/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. | | | | | Buy (add'l) | 02/09/18 | J | | |
| 155. Select Income realty (Y) See Part VIII | | | | | | | | | |
| 156. Splunk, Inc | | None | J | T | | | | | |
| 157. Square, Inc | | None | J | T | Buy (add'l) | 12/24/18 | J | | |
| 158. Synchrony Financial | A | Dividend | J | T | Sold (part) | 01/19/18 | J | A | |
| 159. Tableau Software, Inc. | | None | | | Buy | 06/18/18 | J | | |
| 160. | | | | | Sold | 11/12/18 | J | | |
| 161. Telecdoc, Inc. | | None | J | T | Buy | 01/19/18 | J | | |
| 162. The Trade Desk Inc | | None | K | T | Sold (part) | 03/19/18 | J | B | |
| 163. | | | | | Sold (part) | 07/20/18 | J | C | |
| 164. Travelers Companies | A | Dividend | J | T | | | | | |
| 165. Trupanion Inc | | None | J | T | Buy (add'l) | 07/13/18 | J | | |
| 166. Twilio Inc | | None | | | Sold | 03/26/18 | J | B | |
| 167. Universal Display Co | | None | J | T | Buy (add'l) | 01/26/18 | J | | |
| 168. | | | | | Buy (add'l) | 02/01/18 | J | | |
| 169. Wabtec | A | Dividend | | | Sold | 01/29/18 | J | B | |
| 170. WIX Com Ltd | | None | J | T | Buy | 06/19/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gillmor, Helen | 06/27/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. Harbor Int'l Fund | B | Dividend | | | Sold | 01/19/18 | L | D | |
| 172. I Shares Core S&P | A | Dividend | | | Sold | 01/19/18 | J | A | |
| 173. I Shares Mid-Cap | B | Dividend | J | T | Sold (part) | 05/22/18 | J | B | |
| 174. I Shares Small-Cap | B | Dividend | J | T | Sold (part) | 03/12/18 | J | B | |
| 175. | | | | | Sold (part) | 04/16/18 | J | B | |
| 176. I Shares Core MSCI EAFE | A | Dividend | | | Sold (part) | 01/19/18 | J | B | |
| 177. | | | | | Sold (part) | 01/23/18 | J | B | |
| 178. | | | | | Sold (part) | 01/30/18 | J | B | |
| 179. | | | | | Sold (part) | 01/31/18 | J | B | |
| 180. | | | | | Sold | 04/05/18 | J | B | |
| 181. I Shares Core MSCI EMG MKTS | A | Dividend | | | Sold | 09/13/18 | K | C | |
| 182. Brokerage Money Market | A | Distribution | J | T | | | | | |
| 183. NON-MAR-FBO Trust # 1, Keybank | | | | | | | | | |
| 184. Abbott Labs | A | Dividend | J | T | | | | | |
| 185. Celgene | | None | | | Sold | 01/31/18 | K | D | |
| 186. CVS/Caremark | A | Dividend | | | Sold | 04/11/18 | J | D | |
| 187. Exxon Mobil | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gillmor, Helen | 06/27/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. Oracle Corp | A | Dividend | | | Sold | 04/20/18 | J | D | |
| 189. Proctor and Gamble | A | Dividend | J | T | | | | | |
| 190. Starbucks Corp | A | Dividend | | | Sold | 04/11/18 | J | D | |
| 191. Walt Disney Co | A | Dividend | K | T | | | | | |
| 192. America Beacon Brigeway | A | Dividend | J | T | Buy (add'l) | 09/06/18 | K | | |
| 193. Harbor Intl Fund | C | Dividend | | | Sold | 11/07/18 | K | B | |
| 194. Ishares Core S+P 500 | A | Dividend | M | T | | | | | |
| 195. Ishares Core MSCI Edge | A | Dividend | K | T | | | | | |
| 196. Ishares Core MSCI EAFE | A | Dividend | K | T | | | | | |
| 197. Ishares Small Cap | C | Dividend | K | T | | | | | |
| 198. Ishares Mid Cap | C | Distribution | M | T | Sold (part) | 01/31/18 | J | B | |
| 199. JP Morgan US Equity | A | Dividend | M | T | | | | | |
| 200. Goldman Sachs Intl Fund | A | Dividend | J | T | Buy | 11/16/18 | J | | |
| 201. Neuberger Berman Emerging Mkts | A | Dividend | J | T | | | | | |
| 202. KT Short Term Fund | A | Distribution | K | T | | | | | |
| 203. Penobscot Trading Co Ltd., Honolulu HI | | None | J | U | | | | | |
| 204. Insurance Policies | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gillmor, Helen | 06/27/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. New York Life -Whole Life Ins | B | Dividend | M | U | | | | | |
| 206. New York Life -Whole Life Ins | B | Dividend | L | U | | | | | |
| 207. MONY - Whole Life Ins | A | Dividend | J | U | | | | | |
| 208. Washington National Life-Whole Life Ins | | None | J | U | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gillmor, Helen | 06/27/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Select Income Realty spun off shares of Industrial Logistics REIT and Office Properties REIT on 12/28/18. thereafter, select Income Properties ceased to exist.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Helen Gillmor**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544